AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EVELENA ANN ROSADO,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV124-17

BANK OF AMERICA, NA and THE SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 25, 2024, this case is remanded to the Superior Court of Columbia County, Georgia. This case stands closed.

4/25/2024

Date

John E. Triplett, Clerk of Court

Clerk

(By) Deputy Clerk

GAS Rev 10/2020